Lawrence J. Warfield
Chapter 7 Panel Trustee
P.O. Box 14647
Scottsdale, AZ 85267

UST-31, 3/03

LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
P.O. BOX 14647
SCOTTSDALE, AZ 85267

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| MUSCHANOW, STEVEN ALEXANDER<br>MUSCHANOW, SUSAN JOANNE | Case No. 08-05469 SSC |
| Debtor(s). | PETITION TO PAY DIVIDEND IN AMOUNT LESS THAN $5.00 TO THE CLERK OF THE U.S. BANKRUPTCY COURT |

LAWRENCE J. WARFIELD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in § 347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $4.23 |

February 10, 2010
DATE

_____
LAWRENCE J. WARFIELD, TRUSTEE